UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 03-1846

_____

ANTHONY A. AGWUMEZIE,

Plaintiff - Appellant,

versus

ALLSTATE INSURANCE COMPANY,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Deborah K. Chasanow, District Judge;
Charles B. Day, Magistrate Judge.   (CA-02-493-DKC)

_____

Submitted:  August 28, 2003        Decided:  September 3, 2003

_____

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Anthony A. Agwumezie, Appellant Pro Se. Craig David Roswell, Jeanie
Lynn Scherrer, NILES, BARTON & WILMER, L.L.P., Baltimore, Maryland,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony A. Agwumezie appeals the district court's order granting in part Allstate Insurance Company's motion to dismiss and the magistrate judge's order denying his motion for new trial following a jury trial in his civil action against Allstate. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court and the magistrate judge. See Agwumezie v. Allstate Insurance, No. CA-02-493-DKC (D. Md. Aug. 8, 2002; June 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED